1

2          UNITED STATES DISTRICT COURT

3          NORTHERN DISTRICT OF CALIFORNIA

4

5
LESTER LESAVOY, et al.,
6
            Plaintiffs,                    No. C 14-2226 PJH
7
      v.                                   **JUDGMENT**
8
JP MORGAN CHASE BANK, N.A.,
9
            Defendant.
10 _____/

11        The court having granted the motion of defendant JP Morgan Chase Bank, N.A.  to

12 dismiss the complaint with prejudice,

13        It is Ordered and Adjudged

14        that plaintiffs Lester Lesavoy and Linda Lesavoy take nothing, and that the action be

15 dismissed.

16        **IT IS SO ORDERED.**

17 Dated: February 9, 2015

18                                         _____
                                           PHYLLIS J. HAMILTON
19                                         United States District Judge

20

21

22

23

24

25

26

27

28

                                    1